IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**REGINALD BAILEY,**
**ADC #093252**                                                                 **PLAINTIFF**

v.                          Case No. 1:16-cv-00125 KGB/BD

**RONALD GILLIHAND,** *et al.*                                                  **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations submitted by United States Magistrate Judge Beth Deere (Dkt. No. 36). Plaintiff Reginald Bailey filed objections to the Proposed Findings and Recommendations (Dkt. No. 37). After a review of the Proposed Findings and Recommendations and Mr. Bailey's objections, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety (Dkt. No. 36). It is therefore ordered that defendant Ronald Gillihand's motion for summary judgment is granted (Dkt. No. 27). The Court dismisses without prejudice Mr. Bailey's complaint. Mr. Bailey's pending motion for settlement is denied as moot (Dkt. No. 35).

So ordered this the 20th day of October, 2017.

_____
Kristine G. Baker
United States District Judge