IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**REGINALD BAILEY,**
**ADC #093252**                                                                                          **PLAINTIFF**

v.                          Case No. 1:16-cv-00125 KGB/BD

**RONALD GILLIHAND,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

So adjudged this 20th day of October, 2017.

*[signature]*
Kristine G. Baker
United States District Judge